In the Matter of LYLE J. MAIN, Appellant, v. VINCENT R. MANCUSI, as Warden, Respondent.— Appeal dismissed as academic. Memorandum: The relator having been discharged from custody, the appeal, as conceded in appellant's brief, is academic. (Appeal from judgment of Erie Special Term denying, without a hearing, application for credit of parole time.) Present — Del Vecchio, J. P., Marsh, Witmer, Gabrielli and Moule, JJ.